# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____

HASSAN DIAB,

    Plaintiff,

Case No. 2:21-cv-10129-SDD-APP

v.

Hon. Stephanie Dawkins Davis

JPMORGAN CHASE BANK, N.A.,

    Defendant.

_____

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Hassan Diab and Defendant JPMorgan Chase Bank, N.A. stipulate to the dismissal of all claims in this action with prejudice, with each party to bear their own costs and fees.

Dated: November 3, 2021
Respectfully submitted

| | |
|---|---|
| */s/ Tarek N. Chami* | */s/ Anthony C. Sallah* |
| Tarek N. Chami (P76407) | Anthony C. Sallah (P84136) |
| CHAMI LAW, PLLC | 171 Monroe Ave NW, Suite 1000 |
| 22000 Michigan Ave., Suite 200 | Grand Rapids, Michigan 49503 |
| Dearborn, MI 48124 | P: (616) 742-3930 |
| T: (313) 444-5029 | F: (616) 742-3999 |
| tarek@pricelawgroup.com | asallah@btlaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |